UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LIEM HOANG,

    Defendant.
_____/

Case No. 1:09:CR:205

HON. GORDON J. QUIST

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed January 27, 2010, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Liem Hoang's plea of guilty to Count One of the Indictment is accepted. Defendant Liem Hoang is adjudicated guilty and bond will be revoked at the time of reporting.

3. Defendant Liem Hoang shall report to the United States Marshal in Grand Rapids, Michigan, at **2:00 PM, Thursday, February 25, 2010**. Defendant Liem Hoang shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: February 11, 2010

       /s/ Gordon J. Quist
       GORDON J. QUIST
       UNITED STATES DISTRICT JUDGE